FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 14  PM 3: 35

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL ANDREW DORSEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 04-2175** |
| **BOBBIE JOE MILEY, ET AL.** | **SECTION "N" (1)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motion for summary judgment filed by David Kellis and Elizabeth Oliveira is **GRANTED**. **IT IS FURTHER ORDERED** that plaintiff's excessive force claim against David Kellis and plaintiff's "failure to intervene" claim against Elizabeth Oliveira are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a), but with prejudice for the purpose of proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915.

New Orleans, Louisiana, this _14th_ day of _February_, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____